Route 90, LLC v Asurion UBIF Franchise, LLC (2025 NY Slip Op 01496)

Route 90, LLC v Asurion UBIF Franchise, LLC

2025 NY Slip Op 01496

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

156 CA 24-00338

[*1]ROUTE 90, LLC, UBIF NEW YORK, LLC, AND NATHAN BAUTZ, PLAINTIFFS-APPELLANTS,
v
ASURION UBIF FRANCHISE, LLC, AND ASURION, LLC, DEFENDANTS-RESPONDENTS. 

LAW OFFICES OF JOHN P. BARTOLOMEI & ASSOCIATES, NIAGARA FALLS (MATTHEW J. BIRD OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
HURWITZ FINE P.C., BUFFALO (ANDREA SCHILLACI OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered January 23, 2024. The order granted the motion of defendants to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court